# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Demand for Jury Trial

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2015 APR 14 P 1: 28

| | |
|---|---|
| Plaintiff – *pro se* | Hon. Landya B. McCafferty |
| Douglas Bersaw | |
| 139 Tully Brook Road | |
| Richmond, NH 03470 | |
| thebersaws@ihmmedia.net | Civil Case No.1:15 cv 00002-LM |
| 603-239-8827 | |
| v. | |
| Matthew Thomas & Associates | |
| Matt Sei | |
| 15 South Carlo Street | |
| Hutchinson, KS 67501 | |
| 877-391-1032 | |

## PLAINTIFF'S MOTION FOR ECF FILING

Douglas Bersaw hereby moves this court to allow the Plaintiff to file electronically via

the court's ECF system in this case. Plaintiff already has a Pacer account and an ECF password

and all necessary equipment and expertise to file electronically and has experience doing so in

previous matters before this honorable Court.

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the above document was served upon Defendant via first class mail, postage prepaid on April 13, 2015.

**/s/ Douglas Bersaw**

Douglas Bersaw – Plaintiff *pro se*

Arthur E. Maravelis (19382)
TANG & MARAVELIS, P.C.
50 Mall Road, Suite 111
Burlington, MA 01803
781-221-1400